**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **FLYPSI, INC. (D/B/A FLYP),** | |
| **Plaintiff,** | **Civil Action No.  6:22-cv-00031** |
| **vs.** | |
| **GOOGLE, LLC,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## FLYP'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Flypsi, Inc. ("Flyp"), by and through undersigned counsel, hereby discloses that Flyp is a privately held company, and that no publicly held corporation owns 10% or more of Flyp's stock.

**DATED**: January 10, 2022                    Respectfully submitted,

*/s/ Thomas M. Melsheimer*
**Thomas M. Melsheimer**
Texas Bar No. 13922550
tmelsheimer@winston.com
**M. Brett Johnson**
Texas Bar No. 00790975
mbjohnson@winston.com
**Michael A. Bittner**
Texas Bar No. 24064905
mbittner@winston.com
**WINSTON & STRAWN LLP**
2121 North Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500

**Matthew R. McCullough**
California Bar No. 301330
mrmccullough@winston.com
**WINSTON & STRAWN LLP**
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
Telephone: (650) 858-6500

**William M. Logan**
Texas Bar No. 24106214
wlogan@winston.com
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2766

**ATTORNEYS FOR PLAINTIFF**

2