# Exhibit 2

# Google Workspace Updates

This official feed from the Google Workspace team provides essential information about new features and improvements for Google Workspace customers.

11/11/23, 5:01 PM  Google Workspace Updates: Google Voice for G Suite - Cloud telephony with the intelligence and security of Google Cloud

Case 6:22-cv-00031-ADA: Document 155-1 Filed 11/14/23 Page 3 of 6

# Google Voice for G Suite: Cloud telephony with the intelligence and security of Google Cloud

Wednesday, April 10, 2019

This announcement was made at Google Cloud Next '19 in San Francisco. Check out Next OnAir to tune into the livestream or watch session recordings following the event.

## What's changing

Google Voice is now generally available as an add-on to G Suite. Voice for G Suite is a cloud-based phone system that's optimized for businesses of all sizes. G Suite customers can use it to deploy and manage phone numbers at scale with the intelligence and security of Google Cloud. Google Voice offers:

- Smart cloud telephony for end users
- Simple provisioning and management for admins
- Easy adoption and migration at scale

Google Voice is available to all G Suite customers through an additional licence. Find more information about Google Voice availability and pricing here.

#### Who's impacted

Admins only

#### Why you'd use it

Google Voice integrates with Hangouts Chat and Hangouts Meet to provide a complete solution for communication with colleagues, customers, and partners from anywhere at any time. Specifically, Google Voice adds:

**Smart cloud telephony for end users**

- Get a phone number that works from anywhere, on any device, so you can place and receive calls wherever you're doing work.
- Use intelligent capabilities to transcribe voicemails and block spam calls to help minimize unwanted distractions.

- Increase efficiency through integrations with other G Suite products, like Calendar, Contacts, Hangouts Chat, and Hangouts Meet.

**Simple management for admins**

- Use one place - the Admin console - to manage Voice global users, numbers, porting, and billing.
- Set up new phone numbers as easily as adding a user to G Suite.
- Easily provision and deploy via simple administration tools

**Scalable adoption and migration**

- Migrate smoothly with integrated number porting to help prevent interruption of key business processes.
- Leverage Google's text-to-speech technology to automatically create call menus in nine languages to manage and route callers without worrying about recordings or translations.
- Give users permission to choose a number and set up their service independently without admin involvement.

**How to get started**

- Admins: Find more information about Google Voice here.
- End users: No action needed.

**Availability**

Google Voice is available to all G Suite customers through an additional licence.
Find more information about Google Voice availability and pricing here.

**Stay up to date with G Suite launches**

11/11/23, 5:01 PM
Google Workspace Updates: Google Voice for G Suite - Cloud telephony with the intelligence and security of Google Cloud
Case 6:22-cv-00031-ADA    Document 155-1    Filed 11/14/23    Page 6 of 6

- Get G Suite product update alerts by email
- See the G Suite launch release calendar
- Subscribe to the RSS feed of these updates

 

Labels: Google Voice , Other

  

Google · Privacy · Terms