UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| FLYPSI, INC. | § § | |
| vs. | § § | NO: WA:22-CV-00031-ADA |
| GOOGLE, LLC | § | |

**JURY NOTE #1**

The foreperson is: ███████████████████

███████████████████
FOREPERSON

RESPONSE: ⓝ

DATE: 2/26/24    TIME: 1630



ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE