IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| FLYPSI, INC., (D/B/A FLYP), | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 6:22-cv-00031-ADA |
| GOOGLE LLC, | § | |
| Defendant. | § | |

**NOTICE REGARDING FINAL WRITTEN DECISIONS**

Defendant Google LLC hereby notifies the Court of recent determinations by the Patent Trial and Appeal Board ("PTAB") in *inter partes* review ("IPR") proceedings involving all asserted claims. The outcomes of each IPR are summarized below:

| Asserted Patent | Asserted Claims | IPR No. | Outcome |
| --- | --- | --- | --- |
| 11,218,585 | 1-4 | IPR2023-00357 | All challenged and asserted claims unpatentable |
| 10,334,094 | 1-4 | IPR2023-00358 | All challenged and asserted claims unpatentable |
| 11,012,554 | 1-4 | IPR2023-00359 | All challenged and asserted claims unpatentable |
| 9,667,770 | 1-6 | IPR2023-00360 | All challenged and asserted claims unpatentable |
| 10,051,105 | 1-11 | IPR2023-00361 | All challenged and asserted claims unpatentable |

The Final Written Decisions ("FWDs") issued between July 26, 2024 and July 31, 2024. Exs. 1-5. In the FWDs, the PTAB found that all claims asserted in this action are unpatentable.

DATED: July 31, 2024                                    Respectfully submitted,

                                                        /s/ Robert W. Unikel
Paige Arnette Amstutz                                   Robert W. Unikel (*Pro Hac Vice*)
State Bar No.: 00796136                                 robertunikel@paulhastings.com
pamstutz@scottdoug.com                                  John A. Cotiguala (*Pro Hac Vice*)
SCOTT, DOUGLASS & MCCONNICO, LLP                        johncotiguala@paulhastings.com
303 Colorado Street, Suite 2400                         Daniel J. Blake (*Pro Hac Vice*)
Austin, TX 78701                                        danielblake@paulhastings.com
Telephone: (512) 495-6300                               Grayson S. Cornwell (*Pro Hac Vice*)
Facsimile: (512) 495-6399                               graysoncornwell@paulhastings.com
                                                        PAUL HASTINGS LLP
Dan L. Bagatell (*Pro Hac Vice*)                        71 South Wacker Drive, Suite 4500
dbagatell@perkinscoie.com                               Chicago, IL 60606
PERKINS COIE LLP                                        Telephone: (312) 499-6000
3 Weatherby Road                                        Facsimile: (312) 499-6100
Hanover, NH 03755
Telephone: (602) 351-8250                               Elizabeth Brann (*Pro Hac Vice*)
Facsimile: (602) 648-7150                               elizabethbrann@paulhastings.com
                                                        Ariell N. Bratton (*Pro Hac Vice*)
Andrew T. Dufresne (*Pro Hac Vice*)                     ariellbratton@paulhastings.com
adufresne@perkinscoie.com                               PAUL HASTINGS LLP
PERKINS COIE LLP                                        4655 Executive Drive, Suite 350
33 E. Main St. Ste. 201                                 San Diego, CA 92121
Madison, WI 53703                                       Telephone: (858) 458-3000
Telephone: (608) 663-7460                               Facsimile: (858) 458-3005
Facsimile: (608) 663-7499
                                                        Robert R. Laurenzi (*Pro Hac Vice*)
                                                        robertlaurenzi@paulhastings.com
                                                        PAUL HASTINGS LLP
                                                        200 Park Avenue
                                                        New York, NY 10166
                                                        Telephone: (212) 318-6000
                                                        Facsimile: (212) 319-4090

                                                        Joshua Yin (*Pro Hac Vice*)
                                                        joshuayin@paulhastings.com
                                                        PAUL HASTINGS LLP
                                                        1117 S. California Avenue
                                                        Palo Alto, CA 94304
                                                        Telephone: (650) 320-1800
                                                        Facsimile: (650) 320-1900

                                                        *Attorneys for Defendant Google LLC*

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

                                                     */s/ Robert W. Unikel*
                                                     Robert W. Unikel