

Central Texas Litigation
(254) 399-9400
centexlitigation.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| FLYPSI, INC., (D/B/A FLYP), | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:22-cv-00031-ADA |
| | § | |
| GOOGLE LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**NOTICE OF MANUAL FILING OF CERTAIN EXHIBITS TO THE
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING
GOOGLE'S EQUITABLE DEFENSES**

The following exhibits to the parties' Proposed Findings of Fact and Conclusions of Law are being filed manually because they are video files that cannot be scanned or otherwise filed electronically (the "video exhibits"). The video exhibits have therefore been manually submitted via courier to the Clerk of Court for filing and a copy has been sent to Judge Albright. Counsel for Plaintiff are being served with the video exhibits via electronic means.

DX123

DX128

DX129

DX133

DX134

DX137

DX159

DX161

DATED:  April 9, 2024

Respectfully submitted,

*/s/ Robert W. Unikel*
Robert W. Unikel (*Pro Hac Vice*)
robertunikel@paulhastings.com
John A. Cotiguala (*Pro Hac Vice*)
johncotiguala@paulhastings.com
Daniel J. Blake (*Pro Hac Vice*)
danielblake@paulhastings.com
Grayson S. Cornwell (*Pro Hac Vice*)
graysoncornwell@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Elizabeth Brann (*Pro Hac Vice*)
elizabethbrann@paulhastings.com
Ariell N. Bratton (*Pro Hac Vice*)
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert R. Laurenzi (*Pro Hac Vice*)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Joshua Yin (*Pro Hac Vice*)
joshuayin@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Dan L. Bagatell (*Pro Hac Vice*)
dbagatell@perkinscoie.com
PERKINS COIE LLP

3 Weatherby Road
Hanover, NH 03755
Telephone: (602) 351-8250
Facsimile: (602) 648-7150

Andrew T. Dufresne (*Pro Hac Vice*)
adufresne@perkinscoie.com
PERKINS COIE LLP
33 E. Main St. Ste. 201
Madison, WI 53703
Telephone: (608) 663-7460
Facsimile: (608) 663-7499

Paige Arnette Amstutz
State Bar No.: 00796136
pamstutz@scottdoug.com
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

*Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2024, a true and correct copy of the

foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.

As of this date, all counsel of record have consented to electronic service and are being served

with a copy of this document through the Court's CM/ECF system and by email.

*/s/ Robert W. Unikel*
Robert W. Unikel